[Nos. 20195-3-III; 20828-1-III.  Division Three.  December 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FREDERICK WARREN, *Appellant*.

*In the Matter of the Personal Restraint of* JOHN F. WARREN, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00582-6, John M. Antosz, J., entered June 25, 2001, together with a petition for relief from personal restraint. Judgment *reversed* and petition *granted* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20305-1-III.  Division Three.  December 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN PAUL WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00226-1, Paul A. Bastine, J., entered June 22, 2001. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[Nos. 20309-3-III; 20310-7-III.  Division Three.  December 5, 2002.]

*In the Matter of the Welfare of* E.N., ET AL.

MARCY N., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, Nos. 00-7-00372-8 and 00-7-00373-6, Craig J. Matheson, J., entered June 1, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.